IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLC ON-THE-GO, INC.,

      Plaintiff,                                  23cv2031
                                              ELECTRONICALLY FILED

   v.

BONAMOUR HEALTH GROUP, LLC *doing business as* BONAMOUR HEALTH GROUP et al,

      Defendants.

## **ORDER**

AND NOW, this 20th day of February, 2024, the Court having been advised that the above captioned case has been resolved and that the only matters remaining to be completed are the payment of the settlement proceeds, if any, and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a), and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and,

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

                                                                           BY THE COURT:

                                                                           s/Arthur J. Schwab
                                                                           Arthur J. Schwab
                                                                           United States District Judge

cc: ECF Counsel of Record